IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01315-BNB

JOHN K. THORNE,

     Plaintiff,

v.

BRANNAN SAND & GRAVEL COMPANY,

     Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 1 0 2010

GREGORY C. LANGHAM
CLERK

_____

ORDER DRAWING CASE

_____

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.1C, the

Court has determined that this case does not appear to be appropriate for summary

dismissal. Therefore, the case will be drawn to a district judge and to a magistrate

judge. *See* D.C.COLO.LCivR 8.1D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate

judge.

DATED June 10, 2010, at Denver, Colorado.

BY THE COURT:

   s/ Boyd N. Boland_____
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 10-cv-01315-BNB

John K. Thorne
12945 E. 50th Avenue
Denver, CO 80239-4376

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 6/10/10

GREGORY C. LANGHAM, CLERK

By: _____
                    Deputy Clerk