FILED
JUN 1 8 2010
GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 10-cv-01315-PAB

JOHN K. THORNE,

    Plaintiff,

v.

BRANNAN SAND & GRAVEL COMPANY,

    Defendant.

---

**ORDER GRANTING SERVICE BY UNITED STATES MARSHAL**

---

This matter comes before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the United States Marshal shall attempt to obtain a waiver of service from the defendant. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendant. All costs of service shall be advanced by the United States.

DATED June 16, 2010.

                              BY THE COURT:

                              s/Philip A. Brimmer
                              PHILIP A. BRIMMER
                              United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-01315-PAB-CBS

John K. Thorne
12945 E. 50th Ave
Denver, CO 80239-4376

US Marshal Service
Service Clerk
Service forms for: Brannan Sand & Gravel Company

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal for service of process on Brannan Sand & Gravel Company: TITLE VII COMPLAINT FILED 06/08/10, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 6/15/10.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk